2-751014
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                     Plaintiff,

          - against -

DAJ'S INTERNATIONAL, LTD.,

                    Defendant.
---------------------------------------------------------X

JUDGE COTE

07 CIV 8187

CIVIL COMPLAINT
IN ADMIRALTY

RECEIVED
SEP 19 2007
U.S.D.C. S.D.N.Y.
CASHIERS

       Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant DAJ'S INTERNATIONAL, LTD., in personam, in a cause of action civil and maritime, alleges upon information and belief:

       1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

       2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

       3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

       4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $2,607.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $2,607.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
September 17, 2007

        LAW OFFICES OF
        ALBERT J. AVALLONE & ASSOCIATES

By _____
       Albert J. Avallone - AA1679
       Attorneys for Plaintiff
       ZIM AMERICAN INTEGRATED
        SHIPPING SERVICES, INC.
       551 Fifth Avenue, Suite 1625
       New York, NY  10176
       (212) 696-1760

## SCHEDULE A

I. <u>Defendant's status & address</u>:

    A. Upon information and belief and at all times hereinafter mentioned, defendant DAJ'S INTERNATIONAL, LTD. was and still is a corporation organized and existing under the laws of the State of Maryland, with offices and a place of business at 9737 Mt. Pisgah Road, Suite 201, Silver Spring, MD 20903.

II. <u>Particulars</u>:

    1. Bill of Lading No. ZIMUORF192174, dated March 30, 2007, from New York to Tin Can Island on the Vessel CARIBBEAN SEA, one (1) forty-foot Hi-Cube SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of $3,716.00 (Exhibit A).

Amount Paid: $1,109.00        Amount Due: $2,607.00

III. <u>Total Amount Due: $2,607.00</u>

| LADING ZIM | ZIM INTEGRATED SHIPPING SERVICES LTD | | ZIM CONTAINER SERVICE |
|---|---|---|---|

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| DAJ'S INTERNATIONAL LTD<br>9757 MT. PISGAH ROAD 201<br>SILVER SPRING MD.<br>20903 | ORF168229 | ZIMUORF192174 |
| | EXPORT REFERENCES | |
| | CARIBBEAN SEA 29 V | |

| CONSIGNEE (NAME & ADDRESS) | FORWARDING AGENT (F.M.C. NO.) |
|---|---|
| SALLAU MADAKI<br>NO 2, SULTAN CLOSE<br>KADUNA, NIGERIA TEL.NR (234)8023082868 | |
| | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY) |

| NOTIFY PARTY (NAME & ADDRESS)<br>(BILL NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | REMARKS / EXPORT OR OTHER INSTRUCTIONS |
|---|---|
| SALLAU MADAKI<br>NO 2, SULTAN CLOSE<br>KADUNA, NIGERIA TEL.NR (234)8023082868 | |

| * FOR DEFINITION SEE CLAUSE 2 OVERLEAF * | | |
|---|---|---|
| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT (BY CARRIER)<br>(IF CONTRACTED FOR) | THE BATTERY HAS BEEN DISCONNECTED AND UNUSED. *SERVICE CONTRACT NO. 00000000600029* |
| LOADING VESSEL<br>CARIBBEAN SEA 29/E | VOY. / PORT OF LOADING<br>NEW YORK | |
| PORT OF DESTINATION<br>TIN CAN ISLAND | FINAL DESTINATION<br>(IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| | DESCRIPTION DETAILS AS PER ATTACHED RIDER | | |
| PECU5217667-40'-SEAL8776061I 4 CAR 16184LBE/7241KGS/EC | | | |

**EXHIBIT "A"**

**NON NEGOTIABLE**

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | FREIGHT | RATE | UNIT | TOTAL | |
|---|---|---|---|---|---|
| FREIGHT PREPAID<br>ON BOARD: 03/30/2007<br>CY/CY<br>SHIPPERS/LOAD/COUNT/STOW | FREIGHT<br>FREIGHT<br>INTERNATIONAL | 3500.00<br>200.00<br>16.00 | UNIT<br>UNIT<br>UNIT | 3500.00<br>200.00<br>16.00 | DL<br>DL<br>DL |

AD VALOREM (IF ANY) $US 3716.00

| | FREIGHT PAYABLE AT<br>NORFOLK | NO. OF ORIGINAL B(S)/L<br>3 |
|---|---|---|
| | PLACE AND DATE OF ISSUE<br>NORFOLK, VA   03/30/2007 | |
| | ZIM CONTAINER SERVICE<br>As Agents for Zim Integrated Shipping Services Ltd. | |

```
1 CNT    X 40' HC                              7341KG
                                               16184LB
```

2004 HONDA ACCORD 4 DOORS SEDAN
SALVAGE
VIN # 1HGCM66554A062308

2004 HONDA ACCORD 4 DOORS SEDAN
SALVAGE
VIN # 1HGCM56373A112343

2003 HONDA PILOT UTILITY SALVAGE
VIN # 2HKYF186X3H591087

2003 NISSAN MURANO SPORT
UTILITY SALVAGE
VIN # JN8AZ08W33W203456

OTHER PERSONAL ITEMS
NG CRI# N/A