2-752014
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

        Plaintiff,

- against -

DAJ'S INTERNATIONAL, LTD.,

        Defendants.
----------------------------------------X

07 Civ. 8187 (COTE)

NOTICE AND ORDER
OF DISMISSAL

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, without prejudice and without costs as to each party against the other, the defendants not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
      December 14, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1879
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

The Clerk of Court shall close the case.

SO ORDERED:

_____
U.S.D.J.

December 14, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07